# Court of Appeals of the State of Georgia

ATLANTA, May 14, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1662. SERON EDSHON SHEPHERD v. THE STATE.

Seron Edshon Shepherd pleaded nolo contendere to a single count of following too closely. On December 6, 2024, the trial court sentenced Shepherd to pay a fine or, alternatively, to perform community service. Shepherd thereafter filed a motion to withdraw his plea, and on February 19, 2025, the trial court denied that motion as untimely. On April 4, 2025, Shepherd filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Shepherd's notice of appeal was untimely, as it was filed four months after entry of the judgment of conviction and 44 days following entry of the order denying Shepherd's motion to withdraw her plea.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/14/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*